IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST S. HARRIS,

      Petitioner,                      No. 2:12-cv-2978 EFB P

     vs.

R. LEWIS,

      Respondent.            ORDER

                             /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915.  However, petitioner has commenced this action in the wrong district.

      In a habeas action, venue is proper in either the district of confinement or the district of conviction.  28 U.S.C. 2241(d).  Petitioner was convicted in the Del Norte County Superior Court and is currently confined at Pelican Bay Prison, which is located in Del Norte County.  Thus, the Eastern District is not a proper venue for this action.  *See* 28 U.S.C. 84(b).

      The court will transfer this action to the United States District Court for the Northern District of California.  *See* Rule 12, Rules Governing § 2254 Cases; 28 U.S.C. §§ 84(a), 1404(a).  The court declines to take action on petitioner's application to proceed *in forma pauperis*.

////

1

1  Accordingly, it is ORDERED that this action is transferred to the United States District
2  Court for the Northern District of California.
3  DATED: December 13, 2012.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE